| Return | | |
|---|---|---|
| Case No.: <br> 3:18-MJ-323-3 | Date and time warrant executed: <br> 10/02/2018 9:13 am | Copy of warrant and inventory left with: <br> n/a |
| Inventory made in the presence of : <br> n/a | | |

Inventory of the property taken and name of any person(s) seized:

Account Information
IP Addresses
Networks
Applications
Connections
Notification Settings
Privacy Settings
Privacy Blocks
Support Correspondence
Bio
Website
Screen Names
Groups
Events
Removed Friends
Friends
Friend Requests
Pokes
Checkins
Last Location of Mobile Device
Location History
Minifeed
Wallposts
Activity Log
Status Updates
Mobile Comments
Shares
Notes
Unified Messages
Thread

Market Place
Gifts
Reported Conversations
Messenger Day
Linked Media
Mobile Devices

FILED
CHARLOTTE, NC

NOV 6 2018

US District Court
Western District of NC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/6/2018

*Executing officer's signature*

Michael Sardelis, FBI TFO
*Printed name and title*